**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02094-REB

DESIGN PALLETS, INC., a Florida corporation,

      Plaintiff,

v.

SHANDON VALLEY TRANSPORT SOLUTIONS USA, LLC, a/k/a SVTS Global, a
Colorado limited liability company,
ADAM M. PENER,
COLIN D. CLARK,
STEVEN D. DAVIS, and
DAVID W. FELL,

      Defendants.

---

**MINUTE ORDER**[1]

---

The following are before the court for consideration: (1) defendant Shandon
Valley Transport Solutions USA, LLC's **Motion To Strike Pages 1 to 7 and 13 to 21
From Plaintiff's Response To Order Requesting Briefing on Applicability of First-
Filed Rule, as Well as The Exhibits Attached To Same** [#10][2]; and (2) defendant
Shandon Valley Transport Solutions USA, LLC's **Motion To File Reply To Plaintiff's
Response To Order Requesting Briefing on Applicability of First-Filed Rule** [#11]
both filed August 9, 2012.  After reviewing the motions and the record, the court has
concluded that both motions pertain to the motion to transfer this matter.  The court for
the Middle District of Florida, Orlando Division has ruled on the motion to transfer,
therefore, both motions should be denied as moot.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That defendant Shandon Valley Transport Solutions USA, LLC's **Motion To
Strike Pages 1 to 7 and 13 to 21 From Plaintiff's Response To Order Requesting**

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E.
Blackburn, United States District Judge for the District of Colorado.

[2] "[#10]" is an example of the convention I use to identify the docket number assigned to a specific
paper by the court's electronic case filing and management system (CM/ECF). I use this convention
throughout this order.

**Briefing on Applicability of First-Filed Rule, as Well as The Exhibits Attached To Same** [#10] filed August 9, 2012, is **DENIED** as moot; and

 2. That defendant Shandon Valley Transport Solutions USA, LLC's **Motion To File Reply To Plaintiff's Response To Order Requesting Briefing on Applicability of First-Filed Rule** [#11] filed August 9, 2012, is **DENIED** as moot.

 Dated:  August 10, 2012