**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02094-REB

DESIGN PALLETS, INC., a Florida corporation,

    Plaintiff,

v.

SHANDON VALLEY TRANSPORT SOLUTIONS USA, LLC, a/k/a SVTS Global, a Colorado limited liability company,
ADAM M. PENER,
COLIN D. CLARK,
STEVEN D. DAVIS, and
DAVID W. FELL,

    Defendants.

---

## MINUTE ORDER[1]

---

The matter is before the court on the **Unopposed Motion For Substitution of Counsel** [#23][2] filed August 17, 2012. After reviewing the motion and the record, the court has concluded that the motion should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion For Substitution of Counsel** [#23] filed August 17, 2012, is **GRANTED**;

2. That attorneys Lisa F. Mickley, Susan F. Fisher, and Adam B. Wiens of the law firm of Hall & Evans, LLC are **SUBSTITUTED** as counsel for the plaintiff; and

3. That attorneys David P. Hathaway and Melanie B. Griffin of the law firm of Dean Mead, Egerton, Bloodworth, Capouano & Bosarth, P.A. are **WITHDRAWN**.

Dated: August 20, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.