**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-02094-REB

DESIGN PALLETS, INC., a Florida corporation,

      Plaintiff,

v.

SHANDON VALLEY TRANSPORT SOLUTIONS USA, LLC, a/k/a SVTS Global, a Colorado limited liability company,
ADAM M. PENER,
COLIN D. CLARK,
STEVEN D. DAVIS, and
DAVID W. FELL,

      Defendants.

**MINUTE ORDER**[1]

      The matter is before the court on the **Joint Motion To Stay Deadlines Established By Case Management and Scheduling Order [#1-89]** [#26][2] filed August 27, 2012. After reviewing the motion and the record, the court has concluded that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1. That the **Joint Motion To Stay Deadlines Established By Case Management and Scheduling Order [#1-89]** [#26] filed August 27, 2012, is **GRANTED**; and

      2. That the deadlines established in the Case Management and Scheduling Order [#1-89], which was entered in the case when the case was pending before the United States District Court for the Middle District of Florida, are **STAYED** pending resolution of the motion to consolidate this case with 12-cv-01900-CMA-BNB.

      Dated:  August 27, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.